# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM JOSEPH ROHLAND, INMATE HG5873,

        Petitioner

        v.

JOHN WETZEL, KEVIN KAUFFMAN AND PENNSYLVANIA DEPARTMENT OF CORRECTIONS - SCI HUNTINGDON,

        Respondents

: No. 218 MAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

WILLIAM JOSEPH ROHLAND, INMATE HG5873,

        Petitioner

        v.

JOHN WETZEL, KEVIN KAUFFMAN AND PENNSYLVANIA DEPARTMENT OF CORRECTIONS - SCI HUNTINGDON,

        Respondents

: No. 219 MAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.